UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00088-2 |
| ) | JUDGE SHARP |
| ANNY CASTILLO ) | |
| ) | |

## **O R D E R**

A hearing on a plea of guilty for Defendant Castillo is hereby scheduled for Thursday, November 8, 2012 at 1:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE